# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2486 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 134 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 92366 |
| | : | |
| RAUL I. JAUREGUI, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of June, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Raul I. Jauregui is suspended on consent from the Bar of this Commonwealth for a period of one year. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).